IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-643-RJC-DCK

| | |
|---|---|
| SENSORRX, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Travis Bustamante, concerning Timothy E. Grimsrud, on December 12, 2019. Timothy E. Grimsrud seeks to appear as counsel *pro hac vice* for Defendant Eli Lilly and Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Timothy E. Grimsrud is hereby admitted *pro hac vice* to represent Defendant Eli Lilly and Company.

**SO ORDERED**.

Signed: December 13, 2019

David C. Keesler
United States Magistrate Judge