# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-643-RJC-DCK

| | |
|---|---|
| SENSORRX, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ELI LILLY AND COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Jeremy R. Williams, concerning Caroline R. Taylor, on December 13, 2019. Caroline R. Taylor seeks to appear as counsel *pro hac vice* for Plaintiff, SensorRx, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Caroline R. Taylor is hereby admitted *pro hac vice* to represent Plaintiff, SensorRx, Inc.

**SO ORDERED**.

Signed: December 13, 2019

David C. Keesler
United States Magistrate Judge