**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-643-RJC-DCK**

| | |
|---|---|
| **SENSORRX, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **ELI LILLY AND COMPANY,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Jeremy R. Williams, concerning John C. Whitfield, on December 13, 2019. John C. Whitfield seeks to appear as counsel *pro hac vice* for Plaintiff, SensorRx, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. John C. Whitfield is hereby admitted *pro hac vice* to represent Plaintiff, SensorRx, Inc.

**SO ORDERED**.

Signed: December 13, 2019

David C. Keesler
United States Magistrate Judge