IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-643-RJC-DCK

| | |
|---|---|
| SENSORRX, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ELI LILLY AND COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) filed by Travis Bustamante, concerning Andrew M. McCoy, on January 2, 2020. Andrew M. McCoy seeks to appear as counsel *pro hac vice* for Defendant, Eli Lilly and Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) is **GRANTED**. Andrew M. McCoy is hereby admitted *pro hac vice* to represent Defendant, Eli Lilly and Company.

**SO ORDERED**.

Signed: January 2, 2020

David C. Keesler
United States Magistrate Judge