UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00643-RJC-DCK

| | |
|---|---|
| SENSORRX, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)    **ORDER**<br>ELI LILLY AND COMPANY, )<br>)<br>Defendant. )<br>)<br>) | |

**THIS MATTER** comes before the Court on its own motion.

The trial date in the original Pretrial Order and Case Management Plan, (Doc. No. 70), was most recently rescheduled for May 2, 2022, when the dispositive motion schedule was extended. (Doc. No. 91: Order). The schedule was subsequently extended, (Doc. Nos. 93, 108: Orders), and Defendant's Motion for Summary Judgment became ripe on February 24, 2022, (Doc. No. 135: Reply). To accommodate the request for oral argument, (Doc. No. 96: Motion at 1), the Court finds that it is necessary to continue the trial date.

**IT IS, THEREORE, ORDERED THAT** the trial of this matter, including all related deadlines, (Doc. No. 70: Pretrial Order at 5-10), is stayed pending the Court's ruling on Defendant's Motion for Summary Judgment, (Doc. No. 96).

**IT IS FURTHER ORDERED THAT** the parties will appear for oral argument

1

on that Motion at 10 A.M., on May 26, 2022, in Courtroom 4A in the Charles R. Jonas Federal Building Wing.

Signed: March 23, 2022

Robert J. Conrad, Jr.
United States District Judge